**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

July 27, 2016

<u>**VIA ECF**</u>
The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** Nussenzweig v. Specialized
15 CV 1434 (DLI) (PK)

Dear Magistrate Judge Kuo:

I represent the plaintiff in the above matter. After having consulted with Chambers and with defendant, plaintiff requests that the conference be adjourned to August 8, 2016 at 10:00 a.m.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:  Jon S. Hubbard, Esq.